of Appeal, Fourth Circuit, Parish of Orleans. 217 So.2d 776.

Writs refused. On the facts found by the Court of Appeal there appears no error or law in its judgment.

FOURNET, C. J., is of the opinion the application should be granted.

■ .

220 So.2d 458

**GREAT AMERICAN INSURANCE COMPANY**

v.

**Daniel DAVIS.**

No. 49728.

April 3, 1969.

In re: Daniel Davis applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Rapides. 217 So.2d 675.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.